IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL CORKER,**

    **Plaintiff,**

v.   Case No. 4:19cv484-AW-HTC

**WALTER MCNEIL, FRANK ALLMAN,**
**et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 30, 2020 Report and Recommendation. ECF No. 15. I have also considered de novo the plaintiff's objections. ECF No. 16. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 15) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)."

3. The clerk will close the file.

SO ORDERED on April 29, 2020.

                                        s/ *Allen Winsor*
                                        United States District Judge